UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| D. LAWRENCE OLSTAD,<br>         Plaintiff,<br>v.<br><br>U.S. NATIONAL BANK, N.A.; QUALITY LOAN SERVICE CORP OF WASHINGTON, a Washington Corporation; CALIBER HOME LOANS, INC., a Delaware Corporation,<br>         Defendants. | No.:<br><br>NOTICE OF REMOVAL |

TO: Clerk, United States District Court for the Western District of Washington at Tacoma

**A. REMOVAL OF STATE COURT ACTION**

Defendants U.S. Bank Trust, N.A. ("U.S. Bank") and Caliber Home Loans, Inc. ("Caliber") (collectively "Defendants") are defendants in a civil action filed under Cowlitz County Superior Court No. 16-2-00152-2. Plaintiff's complaint is attached hereto as **Exhibit A**. Defendants hereby remove the civil action to federal court. All defendants join in this removal.

**B. FEDERAL QUESTION**

 **1. The Federal Court Has Original Jurisdiction Over Subject Matter**.

Plaintiff alleges that Defendants have violated federal rules governing mortgage backed securities and federal RICO law. The federal court therefore has original jurisdiction over the subject matter under 28 USC 1331.

 **2. Propriety of Removal**

This action is removable under 28 USC 1441 because the federal court would have had

Notice of Removal
Page -1-
MH #WA-16-704707-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA  98104

original jurisdiction over Plaintiff's claims had Plaintiff elected to file the action initially in federal court. This U.S. District Court for Western Washington is the district embracing the place where the state court action is pending, and is therefore the appropriate court for removal pursuant to 28 USC 1441(a).

## C.  DIVERSITY

Defendants remove this action for the additional reason that complete diversity exists under 28 USC 1332 because no defendant is a citizen of the state in which plaintiff is a citizen. Plaintiff is a citizen of Oregon; Caliber is a citizen of Delaware and Texas; and U.S. Bank Trust is a citizen of Delaware.

### 1.  Plaintiff Is A Citizen of Oregon

Plaintiff D. Lawrence Olstad is citizen of Oregon. Mr. Olstad's mailing address of record is in Portland, OR, and a LEXIS public records search by Defendants' counsel indicates Mr. Olstad resides at the Portland address. In fact, all addresses of Mr. Olstad (current and former) from the LEXIS search were in Oregon.

### 2.  Caliber is a Citizen of Delaware and Texas

For diversity purposes, a corporation's citizenship includes the state of its principal place of business and the state of incorporation. 28 USC 1332(c)(1): *Hertz Corp. v. Friend*, 130 S.Ct. 1181, 1183 (2010). Defendant Caliber is a corporation incorporated under the laws of the State of Delaware with its principal place of business in the State of Texas.

### 3.  U.S. Bank is a Citizen of Delaware

Under 28 USC 1348, as interpreted by *Wachovia Bank v. Schmidt*, 546 U.S. 303, 307 (2006), "[t]he State in which the main office is located qualifies as the bank's "home State" under banking laws. Defendant U.S. Bank Trust is a national banking association whose Articles of Association designate the location of its main office as Wilmington, Delaware.

### 4.  Defendant Quality Loan Service Corp. of Washington ("Quality") is to be

Notice of Removal
Page -2-
MH #WA-16-704707-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA  98104

**Ignored for Purposes of Diversity Jurisdiction**

Quality should be ignored for purposes of diversity jurisdiction because it is a nominal party. Quality and the Plaintiff have executed a Stipulation of Nonparticipation (copy attached hereto as **Exhibit B**), which provides Quality is not required to participate in the litigation, and no money damages will be sought against Quality. Accordingly, Quality does not have an actionable relationship with Plaintiff. Quality should therefore be ignored for purposes of diversity because Quality is a nominal defendant.

5. **Amount in Controversy**

Generally, '[t]he amount in controversy is determined from the allegations or prayer of the complaint." *St. Paul Mercy Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 289 (1938). In actions seeking declaratory or injunctive relief, it is well established that the amount in controversy is measured by the value of the object of the litigation. *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002). This action concerns a mortgage loan secured by real property in Cowlitz County. Plaintiff alleges a number of claims for relief related to enforcement of the mortgage loan against the property, including an injunction against foreclosure. The balance of the mortgage loan is approximately $300,000.00[1]. The county's assessed value of the property in 2015 was $255,060[2]. Thus, the object of the litigation is in excess of $75,000.00

D. **REMOVAL IS TIMELY**

On February 18, 2016, Defendants first received a copy of the complaint. This notice is filed within thirty days of receipt, and is timely under 28 USC 1446(b)(1).

E. **STATE COURT COMPLAINT AND OTHER PLEADINGS**

Attached to this notice is a true and correct copy of the complaint which Plaintiff filed in

---

[1] *See* Complaint Exhibit 2
[2] http://www.cowlitzinfo.net/applications/cowlitzassessorparcelsearch/(S(kdawe0vq5z1ay0bxwvmgwney))/ParcelDataCP.aspx?Account=R016147&Public=Y&Parcel=WK3104008

Notice of Removal
Page -3-
MH #WA-16-704707-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA 98104

the state court. All other pleadings filed in the action are attached with the Verification of State Court Records.

## F. INTRADISTRICT ASSIGNMENT

Defendants choose to remove this action to the Tacoma Division because this action is being removed from the Superior Court in Cowlitz County. Defendants are unaware of any basis to reassign the case to the Seattle Division.

Dated: March 2, 2016

MCCARTHY & HOLTHUS, LLP

/s/ Joseph Ward McIntosh
Joseph Ward McIntosh, WSBA #39470
Attorney for Defendants

Notice of Removal
Page -4-
MH #WA-16-704707-CV

McCarthy & Holthus LLP
108 1st Ave S, Ste 300
Seattle, WA  98104